ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
NOAH SCHABACKER, MARYLAND BAR
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (303) 844-6232
E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE AMALIA URIBE,<br><br>   Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:25-cv-03052-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from February 18, 2026, up to and including March 20, 2026.  This is the Defendant's first request for an extension.

  Based on a review of the record, undersigned counsel requires additional time to explore settlement options.  Defendant apologizes to the Court for any inconvenience caused by this delay.  Undersigned counsel contacted Plaintiff's counsel on February 18, 2026, and she had no objection to this request.

Stip. for Ext.; 2:25-CV-03052-DMC      1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 23, 2026          /s/ *Margaret Lehrkind*\*
                                   (*as authorized via e-mail on February 18, 2026)
                                   MARGARET LEHRKIND
                                   Attorney for Plaintiff

Dated:  February 23, 2026          ERIC GRANT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Head of Program Litigation 1
                                   Social Security Administration

                         By:       /s/ *Noah Schabacker*
                                   NOAH SCHABACKER
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 20, 2026, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  February 23, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:25-CV-03052-DMC          2